# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| NIEYSHIA PATRICK, on behalf of herself and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE MANAGEMENT COMPANY, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br><br>8:15-cv-01252-VMC/AEP<br><br>**DECLARATION OF ORLANDO CASTILLEJOS REGARDING MAILING OF THE NOTICE AND REQUEST FOR EXCLUSION** |

I, Orlando Castillejos, declare as follows:

1. I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the mailing of the Notice of Proposed Class Action Settlement and Hearing (the "Notice") and the results thereof. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am employed as a Senior Project Manager by Kurtzman Carson Consultants LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California. KCC was approved as Settlement Administrator for the Settlement of the above-captioned action by the Order Granting Preliminary Approval of Class Settlement (the "Order") that was entered by the Court on January 14, 2016 in connection with the settlement of the above-captioned litigation. A true and correct copy of the mailed Notice is attached hereto as Exhibit A

3. In accordance with the Order, KCC obtained from Defendant, Interstate Management Company, LLC, lists of individuals residing in the United States (including all territories and other political subdivisions of the United States) (a) who submitted an employment application, or application for transfer or promotion, or for retention with, and (b)

who were the subject of a consumer report procured by Defendant for employment purposes between May 22, 2010 and June 8, 2015.

4. Prior to sending the notices, the names and addresses on the master mailing list were processed through the National Chance of Address ("NCOA") database to update any change of address on file with the United States Postal Service ("USPS"). In addition, KCC removed 355 duplicate records and further removed 112 incomplete address records from the master mailing list.

5. On January 29, 2016 KCC mailed 32,199 Notices. On February 26, 2016 an additional 127 Notices were mailed to potential class members whose incomplete names or mailing addresses were updated through additional information provided by Defendant and KCC.

6. Since mailing the notices, KCC has received 6,242 notices returned by the USPS with undeliverable addresses. KCC performed a "skip trace" search for these persons and found 4,893 new addresses. KCC re-mailed a notice to each of the 4,893 updated addresses. Of those, only 99 were returned a second time. Despite best efforts, those individuals cannot be found.

7. KCC has acted as a repository for potential class member inquiries and communications received in this action. In this regard, KCC has forwarded the Notice or other documents relating to the settlement on request to potential class members.

8. On or before January 29, 2016, KCC established a toll-free telephone number, 1-888-274-3753, that persons may call to listen to answers to Frequently Asked Questions.

9. On or before January 29, 2016, KCC established an email address, mailing address and website to accommodate potential class member inquiries. The email address info@faircreditreportingsettlement.com, mailing address P.O. Box 8060 San Rafael, CA 94912-8060, and website www.faircreditreportingsettlement.com have been operational since January 29, 2016. The Notice dated January 29, 2016 informed Class Members that to exclude themselves from the Class, written requests for exclusion from the Settlement Class must be mailed, and postmarked no later than March 29, 2016. The exclusions were to be addressed to *Patrick v.*

ii

*Interstate Management Company, LLC Settlement Administrator c/o KCC LLC* P.O. Box 8060 San Rafael, CA 94912-8060. As of the date of this declaration, KCC has received one (1) request for exclusion or opt-out from Nadifo Halane.

10. KCC employed similar communications for potential class members to object to the settlement. To date, we have received no objections.

11. The costs of administration (assuming the scope of work listed in the estimate does not change) are not expected to exceed $65,000. The costs and fees include the mailing of the Notice, email support, website support, and telephone support as well as processing of returned undeliverable mail, disbursement of settlement payments to the class, reissue of payments and reporting of taxes related to the settlement fund.

12. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 12th day of April, 2016, at San Rafael, California.

_____
ORLANDO CASTILLEJOS
Senior Project Manager

# EXHIBIT A

*Patrick v. Interstate Management Co., LLC*
c/o KCC LLC
P.O. Box 8060
San Rafael, CA 94912-8060

Presorted
First-Class Mail
US Postage
**PAID**
Gilardi & Co

2D

COURT APPROVED
SETTLEMENT NOTICE

*Nieyshia Patrick v.*
*Interstate Management Company, LLC*

Postal Service: Please Do Not Mark Barcode

U.S. District Court
Middle District of Florida

IPK-<<Claim7>>-<<CkDig>>

Class Action

Notice on Other Side

<<FName>> <<LName>>
<<Addr1>> <<Addr2>>
<<City>>, <<State>> <<Zip>>

# IPK

A settlement has been reached in a class action lawsuit claiming statutory damages from Interstate Management Company, LLC ("Defendant") for alleged violations of the Fair Credit Reporting Act ("FCRA"). Plaintiff claims that Defendant's background check authorization form allegedly contained extraneous information that violated the FCRA. Defendant vigorously denies that it violated any law, but has agreed to the settlement to avoid the uncertainties and expenses of continuing the case. The total settlement fund is $525,000.00

**Am I a Class Member?** Defendant's records indicate you are a member of the class. The class of which you are a member is defined as follows: "All natural persons residing in the United States (including all territories and other political subdivisions of the United States) (a) who submitted an employment application, or application for transfer or promotion, or for retention with, and (b) who were the subject of a consumer report procured by Defendant for employment purposes between May 22, 2010 and June 8, 2015."

**What Can I Receive?** If the Court approves the settlement you will receive a payment. If the expected requests for attorneys' fees and expenses and the Plaintiff's award are granted by the Court, you should receive approximately $9.00

**How Do I Receive a Payment?** To get a payment, you do not need to do anything. This is a "claims paid" settlement, which means that you will receive your pro-rata portion of the settlement fund provided you do not opt out of the Settlement.

**Who Represents Me?** The Court appointed lawyers Luis A. Cabassa and Brandon J. Hill from Wenzel Fenton Cabassa, P.A. as Class Counsel, whose telephone number is (813) 224-0431. They will seek to be paid legal fees out of the settlement fund of up to one-third of the fund, plus out-of-pocket costs. They will also seek an incentive award of $10,000.00 for the Plaintiff who brought this case. You may also hire and pay for a lawyer at your own expense.

**What If I Don't Like the Settlement?** You can exclude yourself or object. To exclude yourself and keep any rights you may have to sue Defendant over the legal issues in this lawsuit, you must write the settlement administrator by March 29, 2016. If you do not exclude yourself, you may object to the proposed settlement. To do so, you must file a written objection with the Court and provide copies to counsel by March 29, 2016.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval hearing on April 28, 2016 at the United States Courthouse for the Middle District of Florida, Tampa Division, 901 North Florida Avenue, Tampa, Florida 33602, in Courtroom 14B.

**How Do I Get More Information?** For more information please see www.faircreditreportingsettlement.com or contact the settlement administrator at 888-274-3753 or via e-mail at info@faircreditreportingsettlement.com.