# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| NIEYSHIA PATRICK, on behalf of herself and all similarly situated individuals,<br><br>Plaintiff<br><br>v.<br><br>INTERSTATE MANAGEMENT COMPANY, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br><br>8:15-cv-01252-VMC/AEP |

## **DECLARATION OF BRANDON J. HILL**

I, Brandon J. Hill, declare under penalty of perjury as follows:

1. My name is Brandon J. Hill. Unless otherwise indicated, the facts set forth below are based on my personal knowledge and the opinions set forth herein are my own. I understand that this declaration under oath may be filed in the above captioned action.

2. I am an associate attorney at Wenzel, Fenton & Cabassa, P.A. in the above-styled case. I am one of attorneys appointed by this Court as Class Counsel in the above-captioned matter.

3. I submit this Declaration in support of the Parties' Joint Motion for Final Approval of Class Action Settlement.

4. During the notice period, after the Settlement Administrator sent notice out, I personally handled hundreds of phone calls from Class Members.

5. The questions were typically general in nature and related to the final compensation each class member would receive.

6. Any Class Members who asked to be excluded were given information on how to be excluded.

7. Not once did a called indicate that he or she planned on filing an Objection to the Settlement.

8. The reactions I heard to the Class Settlement were overwhelmingly positive.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6 day of April, 2016.

_____
BRANDON J. HILL