UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIEYSHIA PATRICK, on behalf of
herself and all similarly situated
individuals,

    Plaintiff

v.

                        Case No. 8:15-cv-1252-T-33AEP

INTERSTATE MANAGEMENT
COMPANY, LLC,

    Defendant.

### ORDER ON UNOPPOSED MOTION FOR FEES AND COSTS, AND INCENTIVE AWARD

UPON DUE AND CAREFUL CONSIDERATION of the procedural history of this case, together with the Plaintiff's counsel's written submission, it is ORDERED AND ADJUDGED that the Plaintiff's Unopposed Motion for Attorneys' Fees and Costs and a Class Representative Service Award is granted. Plaintiff's counsel is awarded a fee consisting of one-third of the total common fund plus costs in the sum of $3,580. The named Plaintiff, Nieyshia Patrick, is awarded an incentive award of $10,000.

**DONE AND ORDERED** in Chambers in Tampa, Florida, this 29th day of April, 2016.

                                                      VIRGINIA M. HERNANDEZ COVINGTON
                                                      UNITED STATES DISTRICT JUDGE